722

## LESURE v. SANDERS et al.
### No. 2187.

Court of Civil Appeals of Texas. Eastland.
May 16, 1941.

Rehearing Denied June 13, 1941.

Writ of Error Denied by Supreme Court
July 25, 1941.

Claud C. Westerfeld, of Dallas, for appellant.

Byron Sachs, of Dallas, for appellees.

LESLIE, Chief Justice.

No briefs having been filed by the appellant in the above styled and numbered cause, it is therefore the order of this court that the appeal be and it is hereby dismissed. Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.2d 811.